| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of **New York** (State) |
| Case number (if known): _____ Chapter **11** |



☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  VALLEY BUSTER LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  93-3752870

**4. Debtor's address**

Principal place of business
97  Godfrey Road Unit #2
Number  Street

Bloomingburg  NY  12721
City  State  ZIP Code

Sullivan
County

Mailing address, if different from principal place of business
Number  Street

P.O. Box
Bloomingburg
City  State  ZIP Code

Location of principal assets, if different from principal place of business
Number  Street

City  State  ZIP Code

**5. Debtor's website (URL)**

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Debtor **VALLEY BUSTER LLC** Case number (if known) _____
     Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **VALLEY BUSTER LLC**  Case number (if known) _____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
              District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When __/__/____
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                             Number    Street
                             _____
                             City                State ZIP Code

    **Is the property insured?**
    ☐ No
    ☒ Yes. Insurance agency  Aron Abalas Insurance Co.
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   **VALLEY BUSTER LLC**                           Case number (if known) _____
         Name

---

**13. Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/13/2024
              MM / DD / YYYY

X _____         Willie Degraw
  Signature of authorized representative of debtor          Printed name

Title   Manager

---

| Debtor | **VALLEY BUSTER LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✗ _____    Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name
_____

Firm name
_____

Number    Street
_____

City _____ State _____ ZIP Code _____

Contact phone _____ Email address _____

Bar number _____ State _____

Fill in this information to identify the case and this filing:

Debtor Name __VALLEY BUSTER_____

United States Bankruptcy Court for the: __SOUTHERN_____ District of __NY___
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/13/2025__           X _____[signature]_____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                      Willie Degraw
                                      Printed name

                                      Manager
                                      Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name __VALLEY BUSTER LLC__

United States Bankruptcy Court for the: __SOUTHERN__    District of __NY__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    Current value of debtor's interest

2. Cash on hand    $_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Chase | Checking | ____ ____ ____ ____ | $ 1,820.00 |
   | 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. Other cash equivalents *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. STONE CASTLE CAPITAL LLC    $ 6,000.00
   7.2. _____    $_____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

Debtor     **VALLEY BUSTER LLC**        Case number (if known)_____
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1. **STONE CASTLE CAPITAL LLC**        $    14,000.00

     8.2. _____        $ _____

**9. Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.        $    20,000.00

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.

     ☐ Yes. Fill in the information below.

                                                                                       **Current value of debtor's interest**

**11. Accounts receivable**

     11a. 90 days old or less: _____ − _____ = ........→    $ _____
                                 face amount          doubtful or uncollectible accounts

     11b. Over 90 days old: _____ − _____ = ........→    $ _____
                                 face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ _____

### Part 4: Investments

**13. Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                                        **Valuation method used for current value**    **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1. _____     _____     $ _____
     14.2. _____     _____     $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                              % of ownership:

     15.1. _____     _____ %     _____     $ _____
     15.2. _____     _____ %     _____     $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

     16.1. _____     _____     $ _____
     16.2. _____     _____     $ _____

**17. Total of Part 4**

     Add lines 14 through 16. Copy the total to line 83.        $ _____

Official Form 206A/B         Schedule A/B: Assets — Real and Personal Property         page 2

Debtor   __VALLEY BUSTER LLC__                         Case number (if known)_____
         Name

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - ☐ No. Go to Part 6.
    - ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials  Building Matrial | 12/31/2024 | $ 16,598.00 | cost to purchase | $ 16,598.00 |
| 20. Work in progress | MM / DD / YYYY | $ | | $ |
| 21. Finished goods, including goods held for resale | MM / DD / YYYY | $ | | $ |
| 22. Other inventory or supplies  Tools | 01/13/2025 | $ 8,500.00 | basic cost | $ 8,500.00 |

23. Total of Part 5
    Add lines 19 through 22. Copy the total to line 84.   ✓          $ 25,098.00

24. Is any of the property listed in Part 5 perishable?
    - ☑ No
    - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - ☑ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - ☑ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $ | | $ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $ | | $ |
| 31. Farm and fishing supplies, chemicals, and feed | $ | | $ |
| 32. Other farming and fishing-related property not already listed in Part 6 | $ | | $ |

Official Form 206A/B         Schedule A/B: Assets — Real and Personal Property         page 3

Debtor   **VALLEY BUSTER LLC**                              Case number (if known)_____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                              $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 39. Office furniture | $_____ | _____ | $_____ |
    | 40. Office fixtures | $_____ | _____ | $_____ |
    | 41. Office equipment, including all computer equipment and communication systems equipment and software | $_____ | _____ | $_____ |
    | 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
    | 42.1 _____ | $_____ | _____ | $_____ |
    | 42.2 _____ | $_____ | _____ | $_____ |
    | 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                              $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 4

Debtor  **VALLEY BUSTER LLC**  Case number (if known) _____
　　　　Name

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    - ☒ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

    47.1 _____  $_____  _____  $_____
    47.2 _____  $_____  _____  $_____
    47.3 _____  $_____  _____  $_____
    47.4 _____  $_____  _____  $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____
    48.2 _____  $_____  _____  $_____

49. Aircraft and accessories

    49.1 _____  $_____  _____  $_____
    49.2 _____  $_____  _____  $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

    _____  $_____  _____  $_____

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.　　　　　　　　　　　　　　　　　　　　$_____

52. Is a depreciation schedule available for any of the property listed in Part 8?
    - ☐ No
    - ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

Debtor __VALLEY BUSTER LLC_____     Case number (if known)_____
      Name

## Part 9: Real property

54. Does the debtor own or lease any real property?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 97 Godfrey Road Bloomingburg | Leasing | $ 65,000.00 | Rent Values | $ 65,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 65,000.00

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☐ No
    ☑ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 10: Intangibles and Intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other Intangibles, or intellectual property | $ | | $ |
| 65. Goodwill<br>  to purchase from Landlord | $ 30,000.00 | Improvments | $ 30,000.00 |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.    $ 30,000.00

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 6

Debtor   **VALLEY BUSTER LLC**   Case number *(if known)*_____
         Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
    - ☒ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☒ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____    _____ − _____ = → $_____
                                         Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____    Tax year _____   $_____
    _____    Tax year _____   $_____
    _____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____    $_____
    Nature of claim       _____
    Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____    $_____
    Nature of claim       _____
    Amount requested      $_____

76. **Trusts, equitable or future interests in property**
    _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____    $_____
    _____    $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

Official Form 206A/B   Schedule A/B: Assets — Real and Personal Property   page 7

Debtor  __VALLEY BUSTER LLC__  Case number *(if known)* _____
        Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ _____ | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 20,000.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ _____ | |
| 83. Investments. *Copy line 17, Part 4.* | $ _____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 25,098.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ _____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ _____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ _____ | |
| 88. Real property. *Copy line 56, Part 9.* → | | $ 65,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 30,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ _____ | |
| 91. Total. Add lines 80 through 90 for each column. ......91a. | $ _____ + 91b. | $ _____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ............................................. $ 65,000.00

Official Form 206A/B  Schedule A/B: Assets — Real and Personal Property  page 8